# United States District Court
## for the
## District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | CR 09-0036-01S |
| | ) | |
| Kenneth Holloway | ) | |

## ORDER

Kenneth Holloway has pled guilty to Possession of Child Pornography, in violation of Title 18, United States Code, Section 2242(a)(5)(B), and sentencing is scheduled for August 27, 2009. The Court does not have before it sufficient information to assess the nature and extent of the defendant's mental health issues.

**IT IS HEREBY ORDERED** that:

1. The Probation Department's contractor, Michael Stevens of Counseling Psychology at Behavior Medicine & Health, Providence, Rhode Island, shall conduct a Psychosexual Forensic Evaluation of the defendant and prepare a report pursuant to Title 18, United States Code, Sections 3552(c) & 4244(b) to assess the nature and extent of the defendant's mental health issues and determine what risk, if any, he may pose to the community.

2. Pursuant to Title 18, United States Code, Section 4247(c), the content of such report shall include:
   a. A synopsis of the defendant's present symptoms and prior treatment history.
   b. The examiner's opinion as to whether the defendant is a threat to the community, particularly children.
   c. A determination as to whether the defendant is a sexual predator and will likely act out on any of these incidents.

3. The report should also indicate what the defendant's treatment needs would be if he were released back into the community.

4. To facilitate the preparation of this report, the Probation Department may submit relevant information to Mr. Stevens in the preparation of his report.

5. The report should be submitted to the Court through the Probation Department by Monday, July 13, 2009. The U.S. Probation Department will be responsible for providing copies of the report to the Court, U.S. Attorneys Office, and defense counsel.

6. The Administrative Office of the U.S. Courts shall incur the cost of the evaluation.

**SO ORDERED.**

_____
Honorable William E. Smith
United States District Judge
Date: 5/29/09